PEOPLE *v.* GULLEY

Appeal from Recorder's Court of Detroit, Joseph E. Maher, J. Submitted Division 1 May 20, 1969, at Grand Rapids. (Docket No. 5,304.) Decided June 23, 1969. Leave to appeal granted March 19, 1970, and remanded to Recorder's Court for the City of Detroit with directions. See 383 Mich 772.

Lawrence Gulley was convicted, on his plea of guilty, of unarmed robbery. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*Gregory M. Pillon,* for defendant on appeal.

BEFORE: FITZGERALD, P. J., and R. B. BURNS and HOLBROOK, JJ.

PER CURIAM. Defendant was convicted by plea of guilty to the offense of unarmed robbery in violation of CL 1948, § 750.530 (Stat Ann 1954 Rev § 28.798) and was sentenced January 5, 1968.

Defendant filed appeal as of right through court-appointed counsel. February 21, 1969, counsel filed

a brief on defendant's behalf raising one question. The people have filed a motion to affirm. GCR 1963, 817.5(3).

Defendant's right of allocution at sentencing was properly exercised through his attorney.

Motion to affirm is granted.